## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.:  19-MJ – 548STE** |
| | ) |
| **HYERIM KANG,** | ) **Violation: 18 U.S.C., § 113(a)(4)** |
| | ) |
| **Defendant.** | ) |
| | ) |

## I N F O R M A T I O N

The United States Attorney charges:

### Count 1

On or about September 21, 2019, in the Western District of Oklahoma at Fort Sill

Military Reservation, at or near 2057 N. Evans Road,

### - - - - - - - - - - - - - - - - - - HYERIM KANG - - - - - - - - - - - - - - - - - - -

the defendant, did assault "D.J." by striking, beating, and wounding him.

All in violation of Title 18, United States Code, Section 113(a)(4).

Dated this 9th day of October 2019.


TIMOTHY J. DOWNING
United States Attorney


REBECCA S. ASHBY
Special Assistant U.S. Attorney
Office of the Staff Judge Advocate
Fort Sill, Oklahoma 73503
Tel.:  (580) 442-3900